B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hearing Help Express, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hearing Help Express; DBA Simply Batteries; DBA Eco-Gold Batteries; DBA Lotus Express; DBA Moolah by Mail; DBA Eco-Gold Hearing Products; DBA Hear Direct** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**36-4093450** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**105 North 1st Street**<br>**DeKalb, IL**<br>ZIP Code **60115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Secondary location of principal assets:**<br>**1300 South 7th Street**<br>**DeKalb, IL 60115** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box) | |
| | | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                              THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Hearing Help Express, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hearing Help Express, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X  /s/ James E. Stevens**
Signature of Attorney for Debtor(s)

**James E. Stevens 29240**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

Address

**Email: jstevens@bslbv.com**
**815-962-6611  Fax: 962-1758**
Telephone Number

**July 14, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ James E. Hovis**
Signature of Authorized Individual

**James E. Hovis**
Printed Name of Authorized Individual

**CEO, Chairman of the Board**
Title of Authorized Individual

**July 14, 2014**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hearing Help Express, Inc.**                                                 Case No.
                                          Debtor(s)                                  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Better Hearing, LLC aka Thomas H. Roberts, III 7500 E. Arapahoe Road, Suite 33 Centennial, CO 80112** | **Better Hearing, LLC aka Thomas H. Roberts, III 7500 E. Arapahoe Road, Suite 33 Centennial, CO 80112** | **Loan secured by Tangible and Intangible Assets** | | **2,500,000.00 (Unknown secured)** |
| **CashCall, Inc. 1 City Blvd.West, Suite 100 Orange, CA 92868** | **CashCall, Inc. 1 City Blvd.West, Suite 100 Orange, CA 92868** | **Unsecured Business Loan** | | **47,121.00** |
| **Citicorp Services Lockbox 3rd Fl John Hancock USA Lockbox #2495 8430 W. Bryn Mawr Avenue Chicago, IL 60631** | **Citicorp Services Lockbox 3rd Fl John Hancock USA Lockbox #2495 8430 W. Bryn Mawr Avenue Chicago, IL 60631** | **Employee IRA Matching Funds** | | **99,567.00** |
| **Gerard J. McLain 248 Alfred Drive Sycamore, IL 60178** | **Gerard J. McLain 248 Alfred Drive Sycamore, IL 60178** | **Unsecured Loan** | | **93,517.00** |
| **Helen S. Meeker Trust 1475 Bay Avenue Homer, AK 99603** | **Helen S. Meeker Trust 1475 Bay Avenue Homer, AK 99603** | **Unsecured Loan** | | **51,007.00** |
| **HGL Trust 451 Heritage Drive, Suite 215 Pompano Beach, FL 33060** | **HGL Trust 451 Heritage Drive, Suite 215 Pompano Beach, FL 33060** | **Unsecured Loan** | | **300,000.00** |
| **Hovis Light Industry Park, Inc. 1300 South 7th Street DeKalb, IL 60115** | **Hovis Light Industry Park, Inc. 1300 South 7th Street DeKalb, IL 60115** | **Rent** | | **45,758.00** |
| **Internal Revenue Service Centralized Lien Operation P.O. Box 145595, Stop 8420G Cincinnati, OH 45250** | **Internal Revenue Service Centralized Lien Operation P.O. Box 145595, Stop 8420G Cincinnati, OH 45250** | **941 Payroll Taxes, interest and penalty** | | **Unknown** |
| **Justin Lee Jordal 5225 Fleetwood Oaks Avenue #215 Dallas, TX 75235** | **Justin Lee Jordal 5225 Fleetwood Oaks Avenue #215 Dallas, TX 75235** | **Unsecured Loan** | | **195,517.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Hearing Help Express, Inc.**                                   Case No.  _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Keith D. Taylor**<br>912 North 9th Street<br>DeKalb, IL 60115 | **Keith D. Taylor**<br>912 North 9th Street<br>DeKalb, IL 60115 | **Unsecured Loan** | | 63,125.00 |
| **LCS Family Trust**<br>235 Miller Avenue<br>DeKalb, IL 60115 | **LCS Family Trust**<br>235 Miller Avenue<br>DeKalb, IL 60115 | **Unsecured Loan** | | 131,523.00 |
| **Margo Lewis**<br>451 Heritage Drive, Suite 215<br>Pompano Beach, FL 33060 | **Margo Lewis**<br>451 Heritage Drive, Suite 215<br>Pompano Beach, FL 33060 | **Unsecured Loan** | | 72,997.00 |
| **National Funding, Inc.**<br>9820 Towne Center Drive #200<br>San Diego, CA 92121 | **National Funding, Inc.**<br>9820 Towne Center Drive #200<br>San Diego, CA 92121 | **Business Loan secured by Tangible and Intangible Assets** | | 113,639.00<br><br>(Unknown secured) |
| **New Maturity Direct**<br>10701 Melody Drive, Suite 320<br>Northglenn, CO 80234 | **New Maturity Direct**<br>10701 Melody Drive, Suite 320<br>Northglenn, CO 80234 | **Advertising** | | 99,099.00 |
| **Rebecca Loegering**<br>14710C 13th Avenue North<br>Plymouth, MN 55447-4523 | **Rebecca Loegering**<br>14710C 13th Avenue North<br>Plymouth, MN 55447-4523 | **Unsecured Loan** | | 41,214.00 |
| **Resource Bank**<br>555 Bethany Road<br>DeKalb, IL 60115 | **Resource Bank**<br>555 Bethany Road<br>DeKalb, IL 60115 | **Business Loan secured by inventory and accounts receivable** | | 75,400.00<br><br>(Unknown secured) |
| **Robert E. Moses**<br>4807 E. 17th Avenue<br>Denver, CO 80220 | **Robert E. Moses**<br>4807 E. 17th Avenue<br>Denver, CO 80220 | **Unsecured Loan** | | 93,394.00 |
| **Spectrum Brands, Inc.**<br>7040 Collection Center Drive<br>Chicago, IL 60693 | **Spectrum Brands, Inc.**<br>7040 Collection Center Drive<br>Chicago, IL 60693 | **Merchandise** | | 49,618.00 |
| **Toles Family Trust #101 Dtd 04-23-0**<br>Linda Toles<br>2127 Highland Drive<br>Sycamore, IL 60178 | **Toles Family Trust #101 Dtd 04-23-0**<br>Linda Toles<br>2127 Highland Drive<br>Sycamore, IL 60178 | **Unsecured Loan** | | 40,000.00 |
| **Varta Microbattery, Inc.**<br>555 Theoodore Fremd Avenue<br>Suite C-304<br>Rye, NY 10580 | **Varta Microbattery, Inc.**<br>555 Theoodore Fremd Avenue<br>Suite C-304<br>Rye, NY 10580 | **Merchandise** | | 86,241.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Hearing Help Express, Inc.**                                        Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO, Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 14, 2014**                    Signature  **/s/ James E. Hovis**
                                                      **James E. Hovis**
                                                      **CEO, Chairman of the Board**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§  152 and 3571.

.

Attorney James Allen Riley
327 South 1st Street
Geneva, IL 60134


Attorney Mark P. Doherty
The Doherty Law Firm
125 North First Street
DeKalb, IL 60115-3226


Attorney Peter Thomas Smith
Smith, Tucker, Coghlan & Smith, LLC
1958 Aberdeen Court, Suite 1
Sycamore, IL 60178


Better Hearing, LLC
aka Thomas H. Roberts, III
7500 E. Arapahoe Road, Suite 33
Centennial, CO 80112


CashCall, Inc.
1 City Blvd.West, Suite 100
Orange, CA 92868


Citicorp Services Lockbox 3rd Fl
John Hancock USA Lockbox #2495
8430 W. Bryn Mawr Avenue
Chicago, IL 60631


Gerard J. McLain
248 Alfred Drive
Sycamore, IL 60178


Helen S. Meeker Trust
1475 Bay Avenue
Homer, AK 99603


HGL Trust
451 Heritage Drive, Suite 215
Pompano Beach, FL 33060


Hovis Light Industry Park, Inc.
1300 South 7th Street
DeKalb, IL 60115

Howard & Howard
200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2461


Internal Revenue Service
Centralized Lien Operation
P.O. Box 145595, Stop 8420G
Cincinnati, OH 45250


Justin Lee Jordal
5225 Fleetwood Oaks Avenue #215
Dallas, TX 75235


Keith D. Taylor
912 North 9th Street
DeKalb, IL 60115


LCS Family Trust
235 Miller Avenue
DeKalb, IL 60115


Margo Lewis
451 Heritage Drive, Suite 215
Pompano Beach, FL 33060


National Funding, Inc.
9820 Towne Center Drive #200
San Diego, CA 92121


New Maturity Direct
10701 Melody Drive, Suite 320
Northglenn, CO 80234


Rebecca Loegering
14710C 13th Avenue North
Plymouth, MN 55447-4523


Resource Bank
555 Bethany Road
DeKalb, IL 60115


Robert E. Moses
4807 E. 17th Avenue
Denver, CO 80220

```
Spectrum Brands, Inc.
7040 Collection Center Drive
Chicago, IL 60693


Toles Family Trust #101 Dtd 04-23-0
Linda Toles
2127 Highland Drive
Sycamore, IL 60178


Varta Microbattery, Inc.
555 Theoodore Fremd Avenue
Suite C-304
Rye, NY 10580
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hearing Help Express, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hearing Help Express, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hearing Help Express, Inc.**  
**105 North 1st Street**  
**DeKalb, IL 60115**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 14, 2014** | **/s/ James E. Stevens** |
| Date | **James E. Stevens** |
| | Signature of Attorney or Litigant |
| | Counsel for **Hearing Help Express, Inc.** |
| | **BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA** |
| | **6833 Stalter Drive** |
| | **Rockford, IL 61108** |
| | **815-962-6611 Fax:962-1758** |
| | **jstevens@bslbv.com** |