UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )   BK No.: 14-82161
HEARING HELP EXPRESS, INC. )
 )   Chapter: 11
 )   Honorable Thomas M. Lynch
 )
 )
Debtor(s) )

## ORDER GRANTING INTERIM USE OF CASH COLLATERAL

THIS MATTER coming before the Court on the Debtor's Motion for Use of Cash Collateral, due notice having been given to all parties of interest, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1.. The Debtor is allowed to use the cash collateral of Resource Bank, Better Hearing LLC and Can Capital for a period from July 30, 2014 through August 31, 2014 for all normal business operating expenses as outlined in the attached Budget.

2. The Debtor is to provide adequate protection during this Period to Resource Bank, National Funding n/k/a Can Capital & Better Hearing LLC in the form of replacement liens on post petition collateral;

3. Resource Bank, National Funding n/k/a Can Capital & Better Hearing, LLC are adequately protected during this Period;

4. This matter is set for a final hearing (the "Final Hearing") on August 27, 2014 at 10:30 a.m. for the entry of a final order authorizing the use of the cash collateral on a permanent basis.

5, Better Hearing, LLC reserves all its rights to object further to the use of cash collateral during the term of this Order.

Enter:

Dated: AUG 01 2014

United States Bankruptcy Judge

**Prepared by:**
Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108

Rev: 20130104_bko

(815) 962-6611
jstevens@bslbv.com

**Hearing Help Express, Inc.**
**Budget**
**For August, 2014**
**Preliminary**

| | Without Funding Submit 7/29/14 August 2014 | With Funding Submit 7/29/14 August 2014 |
|---|---:|---:|
| **REVENUES FROM CUSTOMERS** | | |
| Checks and credit card payments from customers | $ 430,000 | $ 880,000 |
| Refunds issued to customers | $ (21,000) | $ (30,000) |
| Net revenues | $ 409,000 | $ 850,000 |
| | | |
| Obtain unsecured short-term financing in week one *1 | | $ 250,000 |
| Repay unsecured financing at 5.0% APR interest | | $ (251,042) |
| | | |
| **EXPENDITURES** | | |
| Sales tax | $ 614 | $ 1,275 |
| Merchandise | $ 70,000 | $ 250,000 |
| Advertising | $ 20,000 | $ 90,000 |
| Wages and payroll taxes *2 | $ 253,833 | $ 253,833 |
| Postage and freight | $ 18,000 | $ 40,000 |
| Contract Employees | $ 8,000 | $ 8,000 |
| Consulting Fees | $ 2,500 | $ 2,500 |
| Accounts Receivable Collection | $ 4,000 | $ 4,000 |
| Bank and credit card charges | $ 6,094 | $ 12,665 |
| Equipment purchases | $ 2,000 | $ 2,000 |
| Vehicle Insurance | $ 390 | $ 390 |
| Health Insurance, Blue Cross Blue Shield | $ 27,000 | $ 27,000 |
| Insurance: life, property, business, workmans comp | $ 4,300 | $ 4,300 |
| Rent and Real Estate Taxes | $ 17,745 | $ 17,745 |
| Telephone | $ 5,000 | $ 6,000 |
| Shipping and quality control supplies | $ 5,000 | $ 7,000 |
| Professional fees | $ 10,000 | $ 10,000 |
| Office expenses | $ 2,000 | $ 2,000 |
| Utilities | $ 3,200 | $ 3,200 |
| Leases | $ 775 | $ 775 |
| Repairs and maintenance | $ 3,000 | $ 4,000 |
| Travel | $ 2,000 | $ 2,000 |
| Vehicle expense | $ 800 | $ 800 |
| Computer supplies | $ 2,000 | $ 2,000 |
| Dues and subscriptions | $ 1,000 | $ 1,000 |
| Payroll processing | $ 1,200 | $ 1,200 |
| Meals and entertainment | $ 800 | $ 800 |
| Employee training | $ - | $ - |
| Employee benefits | $ 150 | $ 150 |
| **Total Expenditures** | $ 471,401 | $ 754,633 |
| | | |
| **Net Cash Flow *2** | $ (62,401) | $ 94,325 |

* 1  Purchase hearing aid batteries for $150,000 to eliminate backorders. $450,000 in extra sales are generated. Accounts receivables immediately increases by $218,468 and customers pay most over the next 4 weeks. Inventory increases, too, as generated cash and $50,000 of financing buys more merchandise to fill orders. Financing also buys increased profitable advertising to past customers that will impact September. When the $150,000 in batteries are shipped, profits for the month increase by $240,000.

* 2  Three payroll dates in August (every 2 weeks). Note that the August 29 payroll is met largely with cash arriving the first week in September...so cash flow in the budget that does not contain unsecured financing will be close to neutral for August 1 through August 30.