UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 11 |
| | ) | |
| HEARING HELP EXPRESS, INC., | ) | Case No. 14-82161 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### NOTICE OF FINAL APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES

James E. Stevens has filed papers with the Court for the Final Application for Compensation of Attorneys' Fees from July 23, 2016 through and including October 19, 2016 in the amount of $57,325.00 plus costs in the amount of $2,446.67.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101; OR,
2. Attend the hearing scheduled to be held on **NOVEMBER 14 2016 at 10:30 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you file a response, attend the hearing on the Motion, scheduled to be held on **November 14, 2016 at 10:30 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

Dated: October 19, 2016                     /s/ James E. Stevens
                                            Attorney for the Debtor
                                            Barrick Switzer Long Balsley & Van Evera, LLP
                                            6833 Stalter Drive
                                            Rockford, IL 61108
                                            jstevens@bslbv.com

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | | |
| | ) SS. | **PROOF OF SERVICE** | |
| COUNTY OF WINNEBAGO | ) | | |

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE THE ATTACHED LIST

each addressed as is shown on the 19th day of October, 2016.

/s/ Gail K. Schumacher

Label Matrix for local noticing
0752-3
Case 14-82161
Northern District of Illinois
Rockford
Wed Oct 19 16:09:12 CDT 2016

Better Hearing, LLC
c/o Thomas H Roberts III
7500 E Arapahoe Road
Suite 333
Centennial, CO 80112-6114

CAN Capital Asset Servicing, Inc. f/k/a NewL
c/o Alan Gerger
3006 Brazos
Houston, TX 77006-3418

Gordon Flesch Company, Inc.
P.O. Box 1708
Madison, WI 53701-1708

Hearing Help Express, Inc.
105 North 1st Street
DeKalb, IL 60115-3201

New Maturity Direct Inc
c/o The Tracy Firm
800 W Fifth Ave
Suite 201a
Naperville, IL 60563-4990

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204-3438

U.S. Bankruptcy Court
Western Division
327 South Church Street
Rockford, IL 61101-1320

110 Talbert Pointe LLC
7316 Swansea Ln
Cornelius, NC 28031-8696

639 Olive Road
Santa Barbara, CA 93108-1442

A Freedom Flag Co
P O Box 1185
Crystal Lake, IL 60039-1185

Accountemps
12400 Collections Center Dr
Chicago, IL 60693-0124

Accountemps of Robert Half
Attn: Karen Lima
POB 5024
San Ramon, CA 94583-5024

Acxiom Corporation
4090 Collection Center Dr
Chicago, IL 60693-0040

Algus Packaging, Inc
1212 Taylor St
DeKalb, IL 60115-4507

(c)ALL AMERICAN MOLD LABS
2120 S I 35 SERVICE RD
OKLAHOMA CITY OK  73129-6345

American Legion
8945 N Meridian St
Indianapolis, IN 46260-2389

Attorney James Allen Riley
327 South 1st Street
Geneva, IL 60134-2705

Attorney Mark P. Doherty
The Doherty Law Firm
125 North First Street
DeKalb, IL 60115-3226

Attorney Peter Thomas Smith
Smith, Tucker, Coghlan & Smith, LLC
1958 Aberdeen Court, Suite 1
Sycamore, IL 60178-3175

BB & T
PO Box 580340
Charlotte, NC 28258-0340

Becky Krumweide
306 No. Sycamore
Genoa, IL 60135-1073

Better Hearing, LLC
L. Judson Todhunter
Howard & Howard Attorneys PLLC
200 S Michigan Ave Suite 1100
Chicago IL 60604-2461

Better Hearing, LLC
aka Thomas H. Roberts, III
7500 E. Arapahoe Road, Suite 33
Centennial, CO 80112-1275

Betty and Carroll Elliott
Trustees of the Elliott Family Trust
2002 Beverly Point Rd
Leesburg FL 34748-3551

Bill Lee
1118 St Michaels Dr SE
Conover NC 28613-9198

Bridget Brooks
610 So. First St
Dekalb IL 60115-4118

CAN Capital Asset Servicing, Inc
c/o Maysoun B Iqual
POB 211067
Milwaukee WI 53221-8018

Can Capital
2015 Vaughn Road, Suite 500
Kennesaw, GA 30144-7831

Capital One Bank (USA) NA
POB 6492
Carol Stream IL 60197-6492

| | | |
|---|---|---|
| Carrie Davenport<br>332 Crescent Drive<br>Sycamore IL 60178-1902 | CashCall, Inc.<br>1 City Blvd.West, Suite 100<br>Orange, CA 92868-3622 | Catherine Hovis<br>611 Linden Place<br>DeKalb IL 60115-2305 |
| Chase Cardmember Services<br>POB 15153<br>Wilmington DE 19886-5153 | Chase Credit Card<br>POB 15153<br>Wilmington DE 19886-5153 | Cisco Systems Capital Corporation<br>1111 Old Eagle School Road<br>Wayne PA 19087-1453 |
| Citicorp Services Lockbox 3rd Fl<br>John Hancock USA Lockbox #2495<br>8430 W. Bryn Mawr Avenue<br>Chicago, IL 60631-3473 | Clipper Magazine<br>3708 Hempland Road<br>POB 610<br>Mountville PA 17554-0610 | Clipper Magazine<br>Benuck & Rainey Inc<br>221 Old Concord Trunpike<br>Barrington, NH 03825-5155 |
| Complete Landscape Care<br>953 Republic Ave<br>Sycamore IL 60178-8707 | DeEtta Pettyjohn Trust<br>c/o Sherri Johnson Trustee<br>7252 Brendon Ave<br>Inver Grove Heights MN 55076-2331 | DeKalb County Broadcasters Inc<br>2410 Sycamore Rd<br>DeKalb IL 60115-2091 |
| DeKalb Postmaster - Business Reply<br>600 East Lincoln Hwy<br>DeKalb IL 60115-7200 | Debra L Schneider<br>Attorney for US Trustee<br>780 Regent St Suite 304<br>Madison WI 53715-2635 | Dell Business Credit<br>Dell Business Credit Dept<br>POB 2575<br>Carol Stream, IL 60197 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services, LLC<br>Mail Stop - PS2DF-23 One Dell Way<br>Round Rock, TX 78682-0001 | Deluxe For Business<br>POB 742572<br>Cincinnati OH 45274-2572 |
| Dennis J and Judith A VanKeulen<br>22195 Goth Road<br>Rogers MN 55374-2124 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Dorothy L Ness<br>3996 N 150th Lane<br>Goodyear AZ 85395-8728 | Dorothy L Ness Revocable Living Trust<br>u/a 9/16/97<br>3996 N 150th Lane<br>Goodyear AZ 85395-8728 | E.A.R/Insta-Mod<br>5763 Arapahoe Ave, Unit L<br>Boulder CO 80303-1350 |
| EcoWater -#155648<br>POB 945<br>DeKalb IL 60115-0945 | Ed Nelson<br>611 South Avenue<br>Sycamore IL 60178-2421 | Emily C Stuebing<br>235 Miller Avenue<br>DeKalb IL 60115-2307 |
| Eric Springer<br>1411 Willow St Apt 1<br>Sycamore IL 60178-2651 | Estate of Kathie S. Wilis<br>c/o James A. Riley, Esq.<br>327 South First St.<br>Geneva, IL 60134-2705 | Etymotic Research Inc<br>61 Martin Lane<br>Elk Grove Village IL 60007-1307 |

| | | |
|---|---|---|
| Experian Marketing Solutions, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 | FP Mailing Solutions<br>140 N Mitchell Court Suite 200<br>Addison IL 60101-7200 | FedEx Tech Connect Inc as Assignee<br>of FedEx Express/Ground/Freight/Office<br>3965 Airways Blvd,  Module G, 3rd Floor<br>Memphis, Tennessee 38116-5017 |
| Federal Express<br>POB 94515<br>Palatine IL 60094-4515 | Friedemann W Stuebing<br>235 Miller Avenue<br>DeKalb IL 60115-2307 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| GFC Leasing<br>2675 Research Park Drive<br>Madison, WI 53711-4906 | GFC Leasing-New Canon Copiers<br>GFC Leasing WI<br>POB 2290<br>Madison WI 53701-2290 | GN ReSound<br>POB 200217<br>Pittsburgh PA 15251-0217 |
| Gerard J. McLain<br>248 Alfred Drive<br>Sycamore, IL 60178-1104 | Gerard McLain, Trustee<br>Gerard McLain Trust No. 109<br>c/o Peter Thomas Smith, Esq.<br>2045 Aberdeen Court<br>Sycamore, IL 60178-3140 | Global Response<br>Attn: Migdalia Molina<br>777 South State Road 7<br>Margate FL 33068-2803 |
| Gordon Flesch Company, Inc.<br>Paul W Schwarzenbart<br>Lee Kilkelly Paulson & Younger SC<br>POB 2189<br>Madison, WI 53701-2189 | Great Lakes Earmold Lab<br>12740 York Delta Dr<br>POB 338004<br>Cleveland OH 44133-8004 | H. Tower & Associates<br>POB 30944 Port Authority Station<br>New York NY 10011-0109 |
| HEARING HELP EXPRESS, INC<br>110 Talbert Pointe, LLC<br>19300 Statesville Road, Suite 302<br>Cornelisu, NC 28031-5752 | HGL Trust<br>451 Heritage Drive, Suite 215<br>Pompano Beach, FL 33060-7778 | HGL Trust<br>c/o Herschell Lewis<br>451 Heritage Dr<br>Pompano Beach FL 33060-7770 |
| Hastings Mutual Insurance Company<br>Reising Insurance<br>2324 Leaf River Rd<br>Mt Morris IL 61054-9743 | Helen S. Meeker Trust<br>c/o Douglas Meeker<br>1475 Bay Avenue<br>Homer, AK 99603-7941 | Heritage Square<br>611 Linden Place<br>DeKalb IL 60115-2305 |
| Herschell G Lewis<br>451 Heritage Dr<br>Pompano Beach FL 33060-7770 | Hershell G Lewis<br>451 Heritage Drive Suite 215<br>Pompano Beach FL 33060-7778 | Hovis Light Industry Park Inc<br>1300 South 7th Street<br>POB 586<br>DeKalb IL 60115-0586 |
| Hovis Light Industry Park, Inc.<br>1300 South 7th Street<br>DeKalb, IL 60115-4704 | Howard & Howard<br>200 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604-2461 | Huntley Factory Shops Limited Partnership<br>c/o Simon Property Group, Inc.<br>225 W. Washington St.<br>Indianapolis, IN 46204-3435 |
| IDES<br>PO Box 19299<br>Springfield, IL 62794-9299 | IL Dept of Revenue - Sales Tax<br>POB 19006<br>Springfield IL 62794-9006 | Illini Security Systems Inc<br>810 Abert Ave<br>Sycamore IL 60178-1602 |

| | | |
|---|---|---|
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr | Illinois Department of Employment Security<br>33 South State Street - 10th flr.<br>Chicago, Illinois 60603-2804 | Illinois Department of Employment Security<br>Bankruptcy Unit Collection Subdivision<br>33 South State Street 10th Floor<br>Chicago IL 60603-2804 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | InTech Industeries Inc<br>7180 Sunwood Dr NW<br>Ramsey MN 55303-5100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, Illinois 60604-1705 | Jack & Barb Lenard<br>c/o Charisse Potter, Central Nationl Ba<br>2521 Rockwood Rd<br>Enid OK 73703-1443 | Jack & Frances Everett Family Trust<br>c/o William Everett (Trustee)<br>10731 Maturi Road<br>Hibbing MN 55746-8403 |
| Jack & Frances Everett Family Trust<br>u/a 01/20/2006<br>c/o William Everett(Trustee)<br>10731 Maturi Road<br>Hibbing MN 55746-8403 | Jack V & Dorothy Ness Everett<br>c/o William Everett<br>10731 Maturi Rd<br>Hibbing MN 55746-8403 | James E Hovis<br>611 Linden Place<br>DeKalb IL 60115-2305 |
| Jeanette Rizzo<br>40 Pamela Lane<br>Staten Is NY 10304-4437 | Jeff Eldridge<br>318 S 1st Street #7<br>DeKalb IL 60115-3267 | Jeff Martha<br>101 Delcy Drive<br>DeKalb IL 60115-1901 |
| Jennifer Trumbull<br>620 Wilson Street<br>Waterman IL 60556-8000 | Jenny Ballenger<br>423 Stark Ave<br>Sycamore IL 60178-2124 | Jessica Hanson<br>315 Dodge Avenue<br>DeKalb IL 60115-3919 |
| Joan & Vernon D Wilson Trust<br>508 Van Buren<br>Malta IL 60150-9765 | Joan E Wilson Co Tr<br>u/a Joan E Wilson Dtd 08-03-00<br>Vernon D Wilson Deceased 4/12/2012<br>508 Van Buren<br>Malta IL 60150-9765 | Joan M & Wayne A White<br>3316 Esplanade Circle SE<br>Rio Ranco NM 87124-7605 |
| Joe Madigan<br>13574 Delaney Rd<br>Huntley IL 60142-6335 | John Hancock USA<br>John Hancock Retirement Plan Services<br>POB 600<br>Buffalo NY 14201-0600 | Joseph O'Brien<br>372 Manning Drive<br>DeKalb IL 60115-9502 |
| Josiah Collen<br>1160 North Mulford<br>Rockford IL 61107-3883 | Julie Cochrane<br>949 Pembrooke Lane<br>DeKalb IL 60115-5018 | Justin Lee Jordal<br>227 So. Leavitt St., Apt. 2N<br>Chicago, IL 60612-3012 |
| Kaneland Publications Inc<br>525 N Main St Suite 2<br>Elburn IL 60119-9146 | Karen Bozovsky<br>909 Calgary Way<br>Belvidere IL 61008-6421 | Keith D. Taylor<br>1496 Legacy Dr., Unit 4<br>DeKalb, IL  60115-2080 |

Knowles Electronic LLC
23407 Network Pl
Chicago IL 60673-1234

LCS Family Trust
235 Miller Avenue
DeKalb, IL 60115-2307

LCS Family Trust #99 Dated 4/25/99
235 Miller Ave
DeKalb IL 60115-2307

LCS Family Trust #99 Dated 4/25/99
611 Lindon Place
DeKalb IL 60115-2305

LION Magazine
300 West 22nd St
Oak Brook IL 60523-8815

LarreaRX
1628 Marshall
Houston TX 77006-4122

Larry & Margaret Iversen
9196 Utah Street NE
Bremerton WA 98311-9317

Laura Stuebing
235 Miller Ave
DeKalb IL 60115-2307

Leo D & Phyllis Boucher
3214 Victoria St N
Shoreview MN 55126-3865

Lillian C Hyre
27335 Orchid Glade St
Leesburg FL 34748-9696

Lincoln Financial Group
POB 21008
Greensboro NC 27420-1008

Linda Willey
407 Karen
DeKalb IL 60115-4743

Lisa Read
115 Cottonwood Blvd
Kirkland IL 60146-8654

Luxis International Inc
105 W Lincoln Highway
DeKalb IL 60115-3609

MC Squared Energy
POB 9001215
Louisville KY 40290-1215

Margo E Lewis
451 Heritage Dr
Pompano Beach FL 33060-7770

Margo Lewis
451 Heritage Drive, Suite 215
Pompano Beach, FL 33060-7778

Maria Lazaro
625 Girard Street
DeKalb IL 60115-3860

Mary Kay Soesbe
409 Tilton Park Drive
DeKalb IL 60115-1945

Mary M Weitzen
1950 Lucille Lane
St Cloud MN 56303

Mayela Castorena
1305 N. Annie Glidden Rd Apt 11
DeKalb IL 60115-1266

Maysoun B. Iqal
PO Box 211067
Milwaukee, WI 53221-8018

Media Alternatives Inc
506 Floral Vale Boulevard
Yardley PA 19067-5512

Megan Glover
204 E Dresser
DeKalb IL 60115-1853

Michael and Deanna Loegering
5150 Sunset Lane
Loretto MN 55357-9503

Military Officers Assn. Of America
POB 320910
Alexandria VA 22320-4910

Millennium Trust Company LLCC Custodian
FBO Betty E Elliott IRA, A/C #90EC8
Carroll or Betty Elliott
2002 Beverly Pt Rd
Leesburg FL 34748-3551

MiraCell Inc
POB 1922
Orem UT 84059-1922

Mutual Omaha Ins-All
POB 2147
Omaha NE 68103-2147

NARFE
606 N Washington St
Alexandria VA 22314-1914

| | | |
|---|---|---|
| Nadia Fletes<br>237 McMillan Ct Apt 102<br>Cortland IL 60112-4179 | National Emergency Number Assn.<br>POB 37151<br>Baltimore MD 21297-3151 | National Funding, Inc.<br>9820 Towne Center Drive #200<br>San Diego, CA 92121-1944 |
| Neal Gerber & Eisenberg LLP<br>2 North LaSalle St., Suite 1700<br>Chicago, IL 60602-4000 | Neal Gerber & Eisenberg LLP<br>28987 Network Place<br>Chicago IL 60673-1289 | New Maturity Direct<br>10701 Melody Drive, Suite 320<br>Northglenn CO 80234-4122 |
| Norris McLaughlin & Marcus PA<br>721 Route 202-206 Suite 200<br>POB 5933<br>Bridgewater NJ 08807-5933 | Oticon Inc<br>POB 347996<br>Pittsburgh PA 15251-4996 | Pam Khun<br>518 Franklin Street<br>DeKalb IL 60115-3849 |
| Patricia Westmoreland<br>111 Easter Lane<br>Davidson NC 28036-8074 | Patrick Sisombath<br>140 Woodbine Court<br>Mount Ulla NC 28125-8804 | Paul Johnson<br>403 S 1st St<br>DeKalb IL 60115-3663 |
| Persona/Magnatone - EM Magic<br>POB 180964<br>Casselberry FL 32718-0964 | Pitney Bowes Global Fin - Huntley<br>POB 371887<br>Pittsburgh PA 15250-7887 | Pitney Bowes Global Financial<br>c/o FP Mailing Solutions<br>140 N Mitchell Ct, Suite 200<br>Addison IL 60101-7200 |
| QAS/Experian - Quick Address<br>POB 73774<br>Chicago IL 60673-7774 | Quill Corporation<br>POB 37600<br>Philadelphia PA 19101-0600 | Reader's Digest Sales & Services Inc<br>44 S Broadway 7th Floor<br>White Plains NY 10601-4417 |
| Readers Digest Assn<br>750 Third Ave - 3rd Floor<br>New York NY 10017-2723 | Rebecca Loegering<br>14710C 13th Avenue North<br>Plymouth, MN 55447-4523 | Resource Bank<br>555 Bethany Road<br>DeKalb, IL 60115-4941 |
| Rich Calligan<br>1874 Thurow Street<br>Sycamore IL 60178-3034 | Richard H & Georgia A Crosby<br>6437 Abraham Dr<br>Rockford IL 61109-4629 | Richard H. Crosby & Georgia A. Crosby JTWRS<br>c/o Peter Thomas Smith, Esq.<br>2045 Aberdeen Court<br>Sycamore, IL 60178-3140 |
| Robert E Moses<br>4807 E 17th Avenue<br>Denver CO 80220-1216 | Robert E. Moses<br>c/o The Tracy Firm<br>2100 Manchester Rd.<br>Suite 615<br>Wheaton IL 60187-4587 | Rochelle News-Leader<br>POB 46<br>Rochelle IL 61068-0046 |
| Ron Farwig<br>4604 Tricia Drive<br>Chattanooga TN 37416-2323 | Ronald Tucker<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438 | Ronald Tucker Esq.<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438 |

| | | |
|---|---|---|
| Rosa Castorena<br>5182 South Harlan Rd<br>Rochelle IL 61068-9101 | Rosa Zepeda<br>1220 State Street<br>DeKalb IL 60115-3545 | Rose Printing Company<br>2503 Jackson Bluff Rd<br>Tallahassee FL 32304-4405 |
| Rose Printing Company Inc<br>2503 Jackson Bluff Road<br>POB 5078<br>Tallahassee FL 32314-5078 | Roshawn Walton<br>827 W Hillcrest Dr Apt C<br>DeKalb IL 60115-6097 | SCP Distribution LLC<br>d/b/a LeBleu Bottled Water<br>621 North Regional Road<br>Greensboro NC 27409-9044 |
| Sally Stevens<br>505 Roberts Lane<br>DeKalb IL 60115-4940 | Sarah L Stuebing<br>235 Miller Avenue<br>DeKalb IL 60115-2307 | Saturday Evening Post<br>C2C Resources LLC-Paul Tropeano<br>56 Perimeter Center East Ste 100<br>Atlanta GA 30346-2214 |
| Savvitek<br>Vanner Commons Building 1<br>75 Maddox Road Suite 100<br>Buford GA 30518-8026 | Secretary of State<br>501 S 2nd St<br>Springfield IL 62756-0002 | Secure Clean Building Services Inc<br>747 E Grant Hwy<br>Marengo IL 60152-3401 |
| Sentinel Technologies Inc<br>POB 85080<br>Chicago IL 60680-0851 | ServiceMaster Clean<br>POB 12<br>DeKalb IL 60115-0012 | Shaw Media<br>POB 250<br>Crystal Lake IL 60039-0250 |
| Sherri R Johnson Trust<br>7252 Brendon Avenue<br>Inver Grove Heights MN 55076-2331 | Sikich LLP<br>1415 W Diehl Road Suite 400<br>Naperville IL 60563-1197 | Snowtumbler Trust<br>POB 181<br>Cortland IL 60112-0181 |
| Sonion<br>POB 8500-54753<br>Philadelphia PA 19178-0001 | Sophie Cormier<br>721 North 1st Street,<br>Apt.1<br>DeKalb IL 60115-6202 | Sound Design<br>POB 278 STN LCD 1<br>Burlington ON L7R3Y2 |
| Spectrum Brands Inc<br>c/o Debbie Kindley<br>3001 Deming Way<br>Middleton, WI 53562-1431 | Spectrum Brands, Inc.<br>7040 Collection Center Drive<br>Chicago, IL 60693-0070 | Staples Direct<br>POB 6403<br>Sioux Falls SD 57117-6403 |
| Starkey Laboratories Inc<br>Attn: Legal Dept<br>6600 Washington Avenue South<br>Eden Prairie MN 55344-3404 | Starkey Labs<br>POB 9457<br>Minneapolis MN 55440-9457 | Steven P and Sherri R Johnson<br>7252 Brendon Ave<br>Inver Grove Heights MN 55076-2331 |
| Sy Kessler Sales Inc<br>Attn: Robin Tollefson<br>10455 Olympic Drive<br>Dallas TX 75220-4427 | Sy Kessler Sales Inc<br>c/o Fredman Lieberman LLP<br>1875 Century Park East Ste 2230<br>Los Angeles, CA 90067-2522 | Tarryn Thaden<br>115 Andreson Ct<br>DeKalb IL 60115-1025 |

| | | |
|---|---|---|
| Technical Resin<br>7700 Setzler Parkway North<br>Brooklyn Park MN 55445-1880 | The Oldham Group<br>POB 5015<br>Springfield IL 62705-5015 | Thomas J Horazak<br>POB 181<br>Cortland IL 60112-0181 |
| Toles Family Trust #101 Dtd 04-23-0<br>Linda Toles<br>2127 Highland Drive<br>Sycamore, IL 60178-2610 | Uline<br>POB 88741<br>Chicago IL 60680-1741 | United States Postal Service<br>600 E Lincoln Hwy<br>DeKalb IL 60115-7200 |
| Universal Amusement & Vending Group<br>824 W Superior St, Suite 100<br>Chicago IL 60642-8646 | Varta Microbattery, Inc.<br>555 Theoodore Frems Avenue<br>Suite C-304<br>Rye, NY 10580-1424 | West London Graphics Inc<br>Ron Glogovsky<br>68-3564 Awamoa Place<br>Waikoloa Village HI 96738-5302 |
| West London Publishing<br>POB 221<br>DeKalb IL 60115-0221 | White Silo Media<br>POB 761<br>Huntley IL 60142-0761 | Widex<br>POB 731563<br>Dallas TX 75373-1563 |
| Yasuhara Perez<br>1036 Farwell Avenue<br>Orlando FL 32807-5127 | Zylphia J. Collen<br>3521 No. Church Street<br>Rockford, IL 61103-2031 | (c)EWORLDLINX INC<br>126 OAK ST APT 101<br>DEKALB IL  60115-3224 |
| James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, Il 61108-2582 | Joseph Reising<br>Joe Reising Insurance<br>2324 Leaf River Rd<br>Mt Morris, il 61054-9743 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |
| Robert Moses<br>c/o The Tracy Firm<br>800 W. Fifth Ave<br>Suite 201a<br>Naperville, IL 60563-4990 | Russell Baker<br>Barrick Switzer Long Balsley Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 | Tiffany Rodriguez<br>Barrick Switzer Long Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, Il 61108-2582 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HEARING HELP EXPRESS, INC., | ) | CASE NO.: 14-82161 |
| | ) | |
| Debtor. | ) | JUDGE THOMAS M. LYNCH |

**FINAL APPLICATION FOR INTERIM
COMPENSATION OF ATTORNEYS' FEES**

NOW COMES the Movant, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP, and in support of the Application filed herein, states as follows:

1. The Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on the 14th day of July, 2014.

2. The employment of Barrick, Switzer, Long, Balsley & Van Evera Law Firm was approved by the Court on the 20th day of August, 2014.

3. The precipitating event for filing the Chapter 11 proceeding was as a result of a UCC Notice of Sale of the Company by the secured creditor filed by Thomas Roberts.

4. Since the filing, Debtor has concentrated efforts on pursuing an Adversary Complaint to Avoid the Lien of one of its secured creditors, negotiating settlements with creditors, and formulating and drafting a plan of reorganization.

5. The time period covered by this application is from July 23, 2016 through and including October 19, 2016. During that time period two attorneys with the firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP have provided services to the Debtor-in-Possession. Those attorneys, their hourly rate and the total requested in the final request are as follows:

| NAME | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| James E. Stevens | $250.00 | 16.20 | $4,050.00 |
| Russell W. Baker | $250.00 | 213.10 | $53,275.00 |
| Total Amount Requested | | | $57,325.00 |

7. On May 27, 2015 this Court approved the First Application for Interim Fees for the Debtor-in-Possession's Attorney in the amount of $50,570.00 for the time period of July 1, 2014 through and including April 29, 2015.

8. On October 28, 2015 this Court approved the Second Application for Interim Fees for the Debtor-in-Possession's Attorney in the amount of $27,238.50 for the time period of April 30, 2015 through and including September 30, 2015.

9. On April 20, 2016 this Court approved the Third Application for Interim Fees for the Debtor-in-Possession's Attorney in the amount of $30,500.0 for the time period of September 30, 2015 through and including March 22, 2016.

10. On August 24, 2016 this Court approved the Fourth Application for Interim Fees for the Debtor-in-Possession's Attorney in the amount of $43,287.50 for the time period of March 23, 2016 through and including July 22, 2016.

11. Attached hereto and marked as Exhibit "A" is an itemization of the time incurred by the Attorneys for the Debtor-in-Possession representing said party from July 23, 2016 through and including October 19, 2016. The categories of work provided by the Attorneys to the Debtor-in-Possession during the time period covered by this Fee Petition are as follows:

   a) Preparation of monthly Motions to Use Cash Collateral and Budgets.
   b) Prosecution of Adversary Complaint.
   c) Communication with the United States Trustee's Office regarding DIP deposits and bank accounts, proposed sales.
   d) Receive and review monthly DIP Reports prepared by the Debtor and filed with the Clerk and communications with the U.S. Trustee's Office regarding the monthly DIP Reports.

e) Preparation and prosecution of trial on Confirmation.

f) Depositions and discovery regarding competing plans of reorganization.

g) Representation of Debtor at all court appearances in the United States Bankruptcy Court for the Northern Division of Illinois Western Division regarding cash collateral issues and Can Capital Adversary.

h) Telephone conversations and correspondence with Debtor's personnel regarding administration of the case.

i) Office conferences and telephone conferences with Debtor's officers and broker regarding a plan of reorganization and disclosure statement.

j) Review Hearing Help Express and BHL projections and financials regarding competing plans.

k) Motion practice and court appearances regarding the Adversary Complaint and settlement discussions related thereto.

l) Witness preparation and interview regarding confirmation.

m) Review and drafting objections of several Better Hearing, LLC's Plan of Reorganization and Disclosure Statement.

n) Court hearings on Plan of Reorganization and Disclosure Statement and Objections thereto.

o) Draft Orders Approving, Ballots, and Solicitation Material regarding competing Plan of Reorganization and Disclosure Statements.

p) Office conference and telephone conferences with Jim Hovis regarding proposed Plan of Reorganization and Disclosure Statement.

q) Telephone conferences with counsel for Better Hearing, LLC and review documents regarding competing Plans of Reorganization and case administration.

r) Negotiated and drafted a Tolling Agreement with respect to potential claims against insiders.

The work performed by the Movant on behalf of the Debtor-in-Possession and attached in Exhibit "A" was necessary to effectuate a sale and move toward a Plan and for the continued administration of this Chapter 11 proceeding.

12. Attached hereto and marked as Exhibit "B" is an itemization of the expenses incurred by the Attorneys for the Debtor-in-Possession representing said party from July 23, 2016 through and including October 19, 2016.

13. Attorneys for the Debtor have received the following payments as a retainer to

3

represent the Debtor paid by the secured creditor, Better Hearing, LLC, by agreement of the parties from May, 2016 through June 2016:

| | |
|---|---|
| Retainer Balance as of 8/23/16 | $32,336.00 |
| Credit (8/1/16) | $ 5,000.00 |
| Attorneys fees (8/25/16) | $37,336.00 |
| Credit (8/29/16) | $ 5,000.00 |
| Debit (9/3/16) | $ 5,000.00 |
| Credit (9/28/16) | $ 5,000.00 |
| Attorneys fees (10/7/16) | $    951.50 |
| TOTAL REMAINING BALANCE IN TRUST | $ 4,085.50 |

NOW, WHEREFORE, the Movant prays that the Court enter an Order approving the work performed by the Movant in representation of the Debtor-in-Possession and further, grant an Order authorizing the Debtor to pay the sum of $57,325.00 for the time period of July 23, 2016 through and including October 19, 2016 plus costs in the amount of $2,446.67.

HEARING HELP EXPRESS, INC., Debtor

BY:  /s/ James E. Stevens
     Attorney for the Debtor

Attorney James E. Stevens (#3128256)
Barrick, Switzer, Long,
Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

L:\rbaker\JES\Hovis (Hearing Help Express)\Third Interim Compensation Motion.docx

4