**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-82161 |
| HEARING HELP EXPRESS, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Thomas M. Lynch |
| ) | |
| ) | |
| ) | September 26, 2018 |
| ) | 10:30 a.m. |

## NOTICE OF MOTION

**TO:   SEE CERTIFICATE OF SERVICE**

      **PLEASE TAKE NOTICE** that on **September 26, 2018 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Thomas Lynch, at U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church, Courtroom 3100, Rockford, IL, 61101, or before such other Judge as may be sitting in his place and stead, and then and there present the attached *Motion to Close Bankruptcy Case.*

DATED: September 21, 2018                    Respectfully submitted,

                                              **REORGANIZED HEARING
                                        HELP EXPRESS, INC.**


                                              /s/ James E. Morgan

                                              James E. Morgan (Fed. I.D. No. 90785074)
                                              HOWARD & HOWARD ATTORNEYS
                                              200 S. Michigan Avenue, Suite 1100
                                              Chicago, IL 60604
                                              Tel: (312) 372-4000
                                              Fax: (312) 939-5617
                                              E-mail: jem@h2law.com

                                              *Counsel for Reorganized Debtor, Hearing Help Express, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused copies of this ***Notice of Motion and Motion to Close Bankruptcy Case***, to be served on the entities who receive notice through ECF on September 21, 2018.

/s/ James E. Morgan

James E. Morgan (Fed. I.D. No. 90785074)
HOWARD & HOWARD ATTORNEYS
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 372-4000
Fax: (312) 939-5617
E-mail: jem@h2law.com

*Counsel for Reorganized Debtor, Hearing Help Express, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-82161 |
| HEARING HELP EXPRESS, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Thomas M. Lynch |
| ) | |
| ) | |
| ) | September 26, 2018 |
| ) | 10:30 a.m. |

## MOTION TO CLOSE BANKRUPTCY CASE

Hearing Help Express, Inc. ("HHE" or the "Reorganized Debtor"), the reorganized debtor in the above-captioned bankruptcy case, by and through its counsel, files this motion (the "Closure Motion") requesting this Court to close this Chapter 11 bankruptcy case. In support of the Closure Motion, the Reorganized Debtor states as follows.

Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered and the court has discharged the trustee, the court shall close the case. The related Rule 3022 of the Federal Rules of Bankruptcy Procedure provides that "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." This bankruptcy estate is fully administered and, therefore, a final decree closing the case should be entered.

On October 17, 2016, this Court entered an order confirming the Second Amended Chapter 11 Plan of Reorganization dated as of June 6, 2016 filed by Better Hearing LLC (the "Confirmed Plan"). On the same day, the Reorganized Debtor filed a Notice of Occurrence of Effective Date, indicating that all transfers required to be made under the Confirmed Plan had been consummated. Consequently, the Confirmed Plan was substantially consummated as defined in Section 1101(2) of the Bankruptcy Code.

Pursuant to the Confirmed Plan, a Plan Administrator was subsequently retained. As this Court is aware, the Plan Administrator prosecuted numerous claims objections, all of which have been resolved. No other contested matters or adversary proceedings remain open in this bankruptcy case. Further, while not a condition to closing under the Bankruptcy Code, the Plan Administrator also reports that, except for the long-term payment of the IRS's claim, all distributions on claims required to be made under the Confirmed Plan have been made. The Reorganized Debtor has been operating its business and making statutory payments to the US Trustee as indicated in the reports filed in this bankruptcy case. All statutory payments due to the US Trustee through the second quarter of 2018 have been made.

This case satisfies Section 350(a) of the Bankruptcy Code. Therefore, the Reorganized Debtor requests that this Court close this case. Because the quarter closes on September 30, 2018, the Reorganized Debtor respectfully requests that this case be closed on or before that date. Of course, this request is made with the understanding and commitment that the Reorganized Debtor will promptly make the payment required to the US Trustee for this final quarter and without prejudice to the Office of the US Trustee to ensure the determination and confirmation of that payment.

DATED: September 21, 2018         Respectfully submitted,

**HEARING HELP EXPRESS, INC.**

/s/ James E. Morgan

James E. Morgan (Fed. I.D. No. 90785074)
HOWARD & HOWARD ATTORNEYS
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 372-4000
Fax: (312) 939-5617
E-mail: jem@h2law.com

*Counsel for Reorganized Debtor, Hearing Help Express, Inc.*