UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:                                    )        BK No.:   14-82161
   HEARING HELP EXPRESS, INC.,   )
                                          )        Chapter: 11
                                          )        Honorable Thomas M. Lynch
                                          )
                                          )
          Debtor(s)                      )

## ORDER GRANTING FINAL DECREE AND CLOSING BANKRUPTCY CASE

This matter came to be heard upon the motion of the Reorganized Debtor to close this bankruptcy case; after due deliberation and consideration and sufficient cause appearing therefore;

IT IS HEREBY ORDERED

1. The motion to close this case is GRANTED; and

2. This bankruptcy case is hereby closed and final decree entered.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  September 26, 2018

**Prepared by:**

James E. Morgan (FED I.D. No: 90785074)
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue Ste. 1100
Chicago, Illinois 60604
(312) 372-4000
jem@h2law.com